IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Gregory K Tate                        : Case No. 22-11408-MDC

    Debtor(s)

**NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE**

The Meeting of Creditors has been rescheduled for **August 17, 2022** at **11:30 AM** at ALTERNATE TELEPHONE CONFERENCE.

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: August 2, 2022