IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :      CHAPTER 13
                          :
Gregory K. Tate          :      No.  22-11408-MDC
      Debtor             :

ANSWER TO MOTION OF LOANCARE, LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE


1.   Debtor admits payments were missed and Debtor asks for

     a chance to get caught up.


     WHEREFORE Debtor respectfully requests this Honorable Court

deny Movant's Motion for Relief.




                                        /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor
Dated: 08/16/2022


     A copy of this Answer is being served on Brian C. Nicholas,

Esquire, and the Chapter 13 Trustee.