# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                        Bankruptcy No. 22-11408-MDC

GREGORY K TATE

2040 WEBSTER STREET

PHILADELPHIA, PA 19146

         Debtor

## <u>CERTIFICATE OF SERVICE</u>

     **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

GREGORY K TATE

2040 WEBSTER STREET

PHILADELPHIA, PA 19146

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 9/27/2022

                                 /S/ Kenneth E. West
                                 _____

                                 Kenneth E. West, Esquire
                                 Chapter 13 Standing Trustee