United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11408-mdc

Gregory K Tate Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Dec 02, 2022  Form ID: pdf900  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory K Tate, 2040 Webster Street, Philadelphia, PA 19146-1337 |
| 14694984 | + | Apothaker & Associates, P.C., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14694985 | + | Brenda Teah-Tate, 2040 Webster Street, Philadelphia, PA 19146-1337 |
| 14738113 | + | City of Philadelphia and/or, Water Revenue Bureau, c/o Joshua Domer, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1663 |
| 14694989 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14696405 | + | LOANCARE, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14694997 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 03 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 03 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14706005 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2022 00:02:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14694987 | | Email/Text: megan.harper@phila.gov | Dec 03 2022 00:01:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14694988 | | Email/Text: megan.harper@phila.gov | Dec 03 2022 00:01:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14697731 | | Email/Text: megan.harper@phila.gov | Dec 03 2022 00:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14694986 | | Email/Text: megan.harper@phila.gov | Dec 03 2022 00:01:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14730243 | | Email/Text: megan.harper@phila.gov | Dec 03 2022 00:01:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14694990 | + | Email/Text: EBN@edfinancial.com | Dec 03 2022 00:01:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14706387 | + | Email/Text: EBN@edfinancial.com | Dec 03 2022 00:01:00 | Edfinancial on behalf of US Dept. of Education, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | Bypass/Type | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14705306 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2022 00:02:14 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14694993 | ^ | MEBN | Dec 02 2022 23:55:53 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14710531 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2022 00:02:15 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14694994 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2022 00:02:15 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14711972 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 03 2022 00:01:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14696234 | ^ | MEBN | Dec 02 2022 23:55:50 | LoanCare, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14697992 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2022 00:02:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14694995 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2022 00:02:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14694996 | + | Email/PDF: cbp@onemainfinancial.com | Dec 03 2022 00:02:29 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14711908 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2022 00:02:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14694998 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 03 2022 00:02:50 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14694999 | | Email/Text: bncmail@w-legal.com | Dec 03 2022 00:01:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14694991 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14694992 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2022            Signature:      /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 02, 2022 | Form ID: pdf900 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LOANCARE LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Gregory K Tate dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANCARE LLC bkgroup@kmllawgroup.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| GREGORY K TATE | |
| Debtor | Bankruptcy No. 22-11408-MDC |

# ORDER

    **AND NOW**, this ____1st____ day of _____December_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
GREGORY K TATE

2040 WEBSTER STREET

PHILADELPHIA, PA 19146